[No. 31237.   December 15, 1949.]

*In the Matter of the Application for a Writ of Habeas Corpus of*
EMMET JONES, *Petitioner*, v. JOHN R. CRANOR, *as Warden
of the State Penitentiary, Respondent.*[1]

*Emmet Jones, pro se.*

*The Attorney General* and *John Blankinship, Assistant,* for respondent.

PER CURIAM.—The petitioner was sentenced to a term in the penitentiary upon a charge of grand larceny.  His application for this writ is based upon the contention that his sentence was predicated upon a plea of guilty to an information which only charged the issuance of a check, the penalty for which should have been punishment as for a misdemeanor.  The record discloses that he was charged with wilfully, unlawfully and feloniously by color and aid of a check securing from the Marcus Whitman Garage the sum of forty dollars at a time when he did not have sufficient funds in the bank to pay it.

The question presented has been decided by this court in the recent case of *In re Moon v. Cranor, ante* p. 230, 212 P. (2d) 775.  In that case we held that the issuance of a check without sufficient funds in the bank to pay it, amounted to grand larceny where the information charged that more than twenty-five dollars was secured by the maker of the check.

Based upon the holding in the cited case, we deny the writ.